1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  JUSTIN E. PINGEL
   Assistant United States Attorney
4  Nevada State Bar No. 10186
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702)388-6787
   justin.pingel@usdoj.gov
7
   Attorneys for the United States.
8

9

10

11                     **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

13  JACK SMITH, SR.,                        )
                                            )
14              Plaintiff,                  )   Case No. 2:11-cv-01138-KJD-CWH
                                            )
15       v.                                 )
                                            )
16  JANET NAPOLITANO, Secretary of          )
    Department of Homeland Security, *et al.* )
17                                          )
                Defendants.                 )
18  _____   )

19                     **MOTION FOR EXTENSION OF TIME**
                              **(First Request)**
20

21       The Federal Defendant Janet Napolitano, Secretary of the Department of Homeland

22  Security, by and through Daniel G. Bogden, United States Attorney, and Justin E. Pingel,

23  Assistant United States Attorney for the District of Nevada, respectfully requests an extension of

24  time for the Federal Defendant to answer or otherwise respond to the Complaint (Doc. #5) until

25  on or before April 12, 2012.  An answer or other response is currently due March 12, 2012.

26       In support of the instant Motion, the Federal Defendant submits the following:

27       1.   This Motion is brought in order to accommodate the undersigned counsel for the

28  Federal Defendant.

2. On January 9, 2012, the Court issued an Order (Doc. #27) granting the Plaintiff's Stipulation and Order to Permit United States Attorney to Answer Complaint, after it was determined that the United States Attorney's Office had not been properly served.

3. During the week of February 27, 2012, the undersigned was contacted by Plaintiff's counsel who indicated that they intended to file an Amended Complaint prior to the Federal Defendant's answer deadline of March 12, 2012.  Since then, the undersigned has been unable to reach Plaintiff's counsel to verify that an Amended Complaint will be filed by the deadline today.

4. The requested extension of time is necessary in order for the undersigned to contact Plaintiff's counsel and confirm that an Amended Complaint will indeed be filed, and if not, answer or otherwise respond to the Complaint.

5. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, Federal Defendant respectfully requests the instant Motion extending time to answer or otherwise respond to the Complaint until on or before April 12, 2012, be granted.

Respectfully submitted this 12th day of March 2012.

DANIEL G. BOGDEN
United States Attorney

 /s/Justin Pingel
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 13, 2012

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**Electronic Case Filing**

Lauren Calvert
Rainey Devine, Attorneys at Law
2445 W. Horizon Ridge Pkwy. Suite 110
Henderson, Nevada 89052
702-425-5100          FAX 888-867-5734
lauren@raineydevine.com

*Attorneys for Plaintiff.*

DATED this 12th day of March 2012.

                           */s/ Justin E. Pingel*
                           JUSTIN E. PINGEL
                           Assistant United States Attorney