**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK SMITH, SR., | ) |
| Plaintiff, | )  Case No.  2:11-cv-01138-KJD-CWH |
| vs. | )  **ORDER** |
| JANET NAPOLITANO, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Attorney William Devine, II and the law firm of Rainey Devine's Motion to Withdraw as Attorneys of Record (Dkt. #34), filed May 15, 2012.

Attorney William Devine, II and the law firm of Rainey Devine request leave of Court to withdraw as counsel of record for Plaintiff Jack Smith, Sr.  The motion represents that the firm no longer has experienced employment law counsel and withdrawal is in the best interests of Plaintiff.

Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel."  The motion contains a certificate of mailing to the affected party at his last known addresses.  Further, the movant establishes good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Attorney William Devine, II and the law firm of Rainey Deevine's Motion to Withdraw as Attorneys of Record (Dkt. #34) is **granted**.  Attorneys Charles C. Rainey and William C. Devine, II shall no longer represent Plaintiff in this matter.

**IT IS FURTHER ORDERED** that Defendants shall have until **June 5, 2012**, to advise the Court if he will retain new counsel.  Plaintiff may choose to retain new counsel or proceed *in proper*

person.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1.  Add the last known address of Plaintiff Jack Smith, Sr. to the civil docket:

    **Jack Smith, Sr.**
    **9999 W. Katie Avenue, Unit 1221**
    **Las Vegas, NV 89147**.

2.  Serve Plaintiff with a copy of this order at his last known addresses listed above.

DATED this 16th day of May, 2012.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2