# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACK SMITH, SR.,

    Plaintiff,

v.

JANET NAPOLITANO, *et al.*,

    Defendants.

Case No. 2:11-CV-01138-KJD-CWH

**ORDER**

Presently before the Court is the Governments' Motion to Dismiss (#30) filed April 12, 2012. On May 10, 2012, the Court granted (#32) a stipulation for extension of time giving Plaintiff until June 10, 2012 to file an opposition to the motion. On May 16, 2012, the Court granted (#35) Plaintiff's counsel's motion to withdraw as attorney for Plaintiff. The Court ordered Plaintiff to designate counsel or proceed *pro se* no later than June 5, 2012. Plaintiff filed a motion for extension of time (#36) to retain new counsel and file an opposition on June 4, 2012. The Court granted (#37) the motion and extended the time until July 5, 2012. Though the time for doing so has passed, Plaintiff has failed to designate counsel or file an opposition to the motion to dismiss. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants the motion to dismiss.

DATED this 11th day of July 2012.

                                                             Kent J. Dawson
                                                            United States District Judge